IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LOLA LUCIO, Individually, | : |
| Plaintiff, | : |
| v. | : Case No. 4:22-cv-10241 |
| PUSHMAN HOLDINGS, INC<br>A Domestic Company | : |
| Defendant. | : |
| _____ | : |

**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Lola Lucio, in the above-styled action, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses this action with prejudice.

Dated: March 16, 2022

Respectfully Submitted,

By: /s/ Pete M. Monismith
Pete M. Monismith
MI Bar P78186
Attorney for Plaintiff
3945 Forbes Ave., #175
Pittsburgh, PA 15213
(tel) 724-610-1881
(fax) 412-258-1309
pete@monismithlaw.com

2

## CERTIFICATE OF SERVICE

I certify that on March 16, 2022, I filed the within and foregoing Plaintiff's Voluntary Dismissal with Prejudice. A true and correct copy of the same was delivered via electronic mail as follows:

Michael P. James, Esq.
Michael James Law
108 S. Pine St., Suite 1
Fenton, MI 48430
Mjames@michaeljameslaw.com

                                                /s/ Pete M. Monismith
                                                Pete M. Monismith